IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

REBECCA C. HESTAND                                                                              PLAINTIFF

v.                                            CIVIL NO. 3:19-cv-3089-MEF

ANDREW SAUL, Commissioner,
Social Security Administration                                                                  DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Rebecca Hestand, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner").  (ECF No. 2).  On May 11, 2020, Plaintiff filed a Motion to Dismiss conceding that substantial evidence supports the Commissioner's decision and requesting that her case be dismissed without prejudice.  (ECF No. 14).  Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 12th day of May, 2020.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE